

922 P.2d 975

**September 16, 1996**

16418 State v. Dorton Vacated

**September 19, 1996**

18125 State v. Fu Affirmed

**September 19, 1996**

16451 State v. Boucher Affirmed